# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**CHARLES DOUGLAS MORRIS, JR.,**            **PLAINTIFF,**

**VS.**            **CIVIL ACTION NO. 1:05CV166-P-D**

**MONOTECH OF MISSISSIPPI, INC., ET AL.,**            **DEFENDANTS.**

## ORDER

These matters come before the court upon Brad J. Blalock and Moffett Law Firm, PLLC's Motion to Withdraw as Attorney of Record [31-1] and Charles Douglas Morris, Jr.'s *pro se* Motion for Removal of Counsel [35-1]. Upon due consideration of the motions, the court finds that Blalock's motion should be granted and that therefore Morris's motion should be denied as moot.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Brad J. Blalock and Moffett Law Firm, PLLC's Motion to Withdraw as Attorney of Record [31-1] is **GRANTED**; therefore,

(3) Brad J. Blalock and Moffett Law Firm, PLLC are released as attorneys of record;

(2) Charles Douglas Morris, Jr.'s *pro se* Motion for Removal of Counsel [35-1] is **DENIED AS MOOT**;

(3) This case is **STAYED** until August 14, 2006 to allow the plaintiff to acquire new counsel. In the event the plaintiff does not acquire new counsel by that time, the stay will nevertheless be lifted and the plaintiff will act *pro se*.

**SO ORDERED** this the 13th day of July, A.D., 2006.

                                             /s/ W. Allen Pepper, Jr.
                                             W. ALLEN PEPPER, JR.
                                             UNITED STATES DISTRICT JUDGE